# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROVIDIO R. ESPANA, | No. CV 10-4516-GHK (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JAMES A. YATES, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 6/3/11

HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE